ELIZABETH WILDERMANN, Respondent, v. SAMUEL R. WACHTELL, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DOLOWICH and MAX KAPLAN, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RUTH A. KOEHLER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BRYANT PARK BANK, Appellant, v. MARGARET G. RYAN, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the judgment is against the weight of the evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ERNA GREHL, an Infant, by HEINRICH GREHL, Her Guardian ad Litem, and HEINRICH GREHL, Respondents, v. LILRO REALTIES, INC., Defendant, Impleaded with CHARLES POLITZER, Appellant.— Judgment in favor of the plaintiff Erna Grehl, an infant, etc., reversed and a new trial ordered, with costs to the appellant to abide the event, unless said plaintiff stipulates to reduce the judgment as entered to the sum of $2,649.75; in which event the judgment as so modified is affirmed, without costs. Judgment in favor of the plaintiff Heinrich Grehl affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES J. CAMMERANO, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN J. DURKIN, JR., and Others, Respondents, Impleaded with Others, Plaintiffs, v. KEYSTONE TRANSPORTATION COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BENJAMIN F. FOSTER, Respondent, v. WM. A. WHITE & SONS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LYDIA BARUCH, Respondent, v. DALEN CONTRACTING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CORE JOINT CONCRETE PIPE CO., INC., Appellant, v. HARRY S. HART, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ESTHER MILLMAN, as Administratrix, etc., of CELIA WEISSMAN, Deceased, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.